UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

YOUNG HO CHANG,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C06-5646FDB

ORDER SETTING DATE FOR GOVERNMENT'S ANSWER RE SECTION 2255 PETITION

    Petitioner Chang brings a motion pursuant to 28 U.S.C. § 2255. Petitioner's attorney in the underlying criminal case (CR05-5246) has filed an affidavit on behalf of Petitioner, including a recommendation that CJA counsel be appointed in this matter. The Court hereby sets a briefing schedule. The Court will address the matter of whether or not to appoint CJA counsel following a review of the Government's brief.

    IT IS ORDERED: The United States' brief in answer is due December 22, 2006.

    DATED this 13th day of November, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1